I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4.3.13

DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DONELL JONES,<br><br>　　　　Petitioner,<br>　vs.<br>MATTHEW CATE, Secretary, et al.,<br><br>　　　　Respondents. | Case No. EDCV 11-1035-SVW (RNB)<br><br>**J U D G M E N T** |

Petitioner having failed to file a notice of withdrawal of his two unexhausted claims and a request to hold the operative First Amended Petition in abeyance pursuant to the <u>Kelly</u> procedure within thirty (30) days of the issuance of the Court's November 8, 2012 Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed without prejudice for failure to exhaust state remedies.

DATED: 3/19/13

　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE